IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-646-WDM-CBS

BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES DIVISION/IBT,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

    Defendant.

_____

**ORDER**
_____

    Based on stipulation of the Plaintiff at the hearing held July 6, 2005, Plaintiff is enjoined from striking against Defendant based upon the issues presented in this action pending my determination of Defendant's motion for a preliminary injunction.

    DATED at Denver, Colorado, on July 6, 2005.

                                        BY THE COURT:

                                        /s/ Walker D. Miller
                                        United States District Judge

PDF FINAL