IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00646-WDM-CBS

BROTHERHOOD OF MAINTENANCE OF
WAY EMPLOYES DIVISION/IBT,

      Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

      Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

Pending before the court is a Joint Motion to Vacate Final Pretrial Conference (filed June 20, 2006; *doc. no. 67*).  It is hereby **ORDERED** that the instant motion is **GRANTED.**

The final pretrial conference set for June 27, 2006, is **VACATED**.  It is further

**ORDERED** that a status report is to be filed with the Court every forty-five (45) days, the first of which is due on or before **August 4, 2006**.

**DATED:**    June 20, 2006