IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00646-WDM-CBS

BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES DIVISION/BT

    Plaintiff,

v.

UNION PACIFIC RAILROAD CO.,

    Defendant(s).

_____

## MINUTE ORDER
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    In light of the recent mandate from the United States Court of Appeals for the Tenth Circuit (Docket No. 74), Defendant's motion to stay, filed November 18, 2005 (Docket No. 44) is moot.

Dated: September 28, 2006

                                                s/ Jane Trexler, Secretary/Deputy Clerk