IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-00646-WDM-CBS

BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES DIVISION/BT,

    Plaintiff,

v.

UNION PACIFIC RAILROAD CO.,

    Defendant.

## NOTICE OF DISMISSAL

The court takes judicial notice that the parties have filed a Joint Motion to Vacate Preliminary Injunction and to Dismiss which I will treat as a stipulation for dismissal with prejudice in accordance with Fed. R. Civ. P. 41(a)(1).  Accordingly, the preliminary injunction issued October 26, 2005, is vacated; and the complaint and counterclaim are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on November 15, 2006.

BY THE COURT:


s/ Walker D. Miller
United States District Judge

PDF FINAL